IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN DOE 1, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 5:23-cv-3 (MTT) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## ORDER

The plaintiffs in this Federal Tort Claims Act ("FTCA") case are minor children who suffered physical and emotional abuse at the hands of their government-employee caregivers at the Robins Air Force Base Child Development Center West ("CDCW"). Doc. 1.  The government moved to dismiss and argued the FTCA's intentional tort exception, 28 U.S.C. § 2680(h), preserves the government's sovereign immunity and thus dismissal is warranted on jurisdictional grounds.  Doc. 6.  In response, the plaintiffs argue only that because the government voluntarily undertook an affirmative duty to care for children, that duty was breached when the children in its care suffered physical and emotional abuse—and is therefore "independent" of the 28 U.S.C. § 2680(h) excepted conduct.  Doc. 12-1.

On May 12, 2023, the plaintiffs moved to amend their complaint citing "newly discovered facts" that were disclosed during a May 9, 2023 plea hearing in a related criminal case.  Doc. 19.  But, as the government notes in its response, the plaintiffs do not explain what those "newly discovered facts" may be, nor do they attach a proposed amended complaint to their motion.  Doc. 20 at 1.  Accordingly, the plaintiffs shall

supplement their motion to amend with a proposed amended complaint by May 24, 2023.  The government shall supplement their response by May 31, 2023.  The plaintiffs may reply, if they choose to do so, by June 7, 2023.  Finally, as directed at oral argument, the parties' supplemental briefing on *Sheridan v. United States*, 487 U.S. 392 (1988), and the Eleventh Circuit's subsequent application of that case in *Alvarez v. United States*, 862 F.3d 1297 (11th Cir. 2017), remain due May 19, 2023.

    **SO ORDERED**, this 17th day of May, 2023.

                                      S/ Marc T. Treadwell
                                      MARC T. TREADWELL, CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT