IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHN DOE 1, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:23-cv-3-MTT |
| | * |
| UNITED STATES OF AMERICA, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 29, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiffs shall recover nothing of Defendant.

This 29th day of June, 2023.

David W. Bunt, Clerk

s/ Shabana Tariq, Deputy Clerk